

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 DEC 15 P 2:09

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



INDICTMENT FOR
VIOLATION OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-243 |
| v. | * | SECTION: SECT. I MAG. 2 |
| RODNEY LAVALAIS<br>a/k/a "Whyte" | * | VIOLATIONS: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1

On or about November 3, 2016, in the Eastern District of Louisiana, the defendant, **RODNEY LAVALAIS**, a/k/a "Whyte," having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on or about February 13, 2008, in the Eastern District of Louisiana, Case Number 06-326, "B," for knowingly furnishing and exhibiting a false, fictitious, and misrepresented identification, in connection with the acquisition of a firearm, which statement was likely to deceive a licensed firearms dealer, as to a fact material to the lawfulness of such sale of a firearm, in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2), did thereafter, knowingly possess in and affecting interstate

commerce, a firearm, to wit: a .40 caliber Glock pistol, Model "27Gen4," bearing serial number BBGF62, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF GUN FORFEITURE

1. The allegation in Count 1 of this Indictment is re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 1, defendant, **RODNEY LAVALAIS**, a/k/a "Whyte," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c), any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, 922(g)(1), as alleged in Count 1 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 1 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c).

A TRUE BILL:



FOREPERSON

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

BRITTANY L. REED
Assistant United States Attorney
Louisiana Bar Roll No. 31299

New Orleans, Louisiana
December 15, 2017

FORM OBD-34
No._____

| UNITED STATES DISTRICT COURT |
| Eastern District of Louisiana |
| Criminal Division |

THE UNITED STATES OF AMERICA

vs.

RODNEY LAVALAIS
a/k/a "Whyte"

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL GUN CONTROL ACT

VIOLATIONS: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

Filed in open court this _15_ day of
_December_ A.D. 2017.

_____
Clerk

Bail, $ _____

_____
BRITTANY L. REED
Assistant United States Attorney