UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 17-243 |
| RODNEY LAVALAIS | * | SECTION: "I" |

**NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FIFTH CIRCUIT
<u>FROM THE JUDGMENT OF THE DISTRICT COURT</u>**

Notice is hereby given that Rodney Lavalais, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence announced on February 21, 2019, in the above captioned case.

Respectfully submitted, this 25th day of February, 2019.

CLAUDE J. KELLY
Federal Public Defender

/s/ Gary V. Schwabe, Jr.
GARY V. SCHWABE, JR.
First Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
Email: gary_schwabe@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  n/a.

                                                                          s/ Gary V. Schwabe, Jr.
                                                                          GARY V. SCHWABE, JR.
                                                                          First Assistant Federal Public Defender